IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00084-PAB-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      JERAMY CARON,

        Defendant.

---

**FINAL ORDER OF FORFEITURE
FOR SUBSTITUTE ASSETS**

---

      This matter comes before the Court on the United States' Motion for Final Order of Forfeiture for Substitute Assets [Docket No. 125]. The Court, having reviewed said Motion and being fully advised in the premises, finds:

      THAT the United States commenced this action pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 2428; 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2, as set forth in the indictment;

      THAT a Preliminary Order of Forfeiture for Substitute Assets was entered as to defendant Jeramy Caron on May 17, 2021, Docket No. 124, which forfeited defendant's interest in the remaining five of the 20 watches seized on March 13, 2020, from 2536 Banbury Lane, Fort Collins, Colorado;

      THAT all known interested parties were provided an opportunity to respond and that publication has been effectuated as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed as to the subject property and the time for doing so has expired; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the remaining five of the 20[1] watches seized on March 13, 2020, from 2536 Banbury Lane, Fort Collins, Colorado, as substitute assets, shall enter in favor of the United States pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. Rule 32.2, free from the claims of any other party, and

THAT the United States shall have full and legal title to the above-listed assets and may dispose of them in accordance with law.

DATED July 7, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] The other 15 of the 20 watches were previously forfeited to the United States. Docket No. 121 at 3; Docket No. 122 at 3.